# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>4. ABDULKADIR NUR SALAH,<br><br>Defendant. | Case No. 22-CR-223(4)(NEB/DTS)<br><br>**DEFENDANT ABDULKADIR SALAH'S EXHIBIT LIST** |
|---|---|

| PRESIDING JUDGE<br>THE HONORABLE NANCY E. BRASEL | GOVERNMENT'S COUNSEL<br>JOSEPH H. THOMPSON AUSA<br>MATTHEW S. EBERT, AUSA<br>HARRY M. JACOBS, AUSA
DANIEL W. BOBIER, AUSA | DEFENDANTS' COUNSEL<br>KENNETH U. UDOIBOK, ESQ.<br>MICHAEL J. COLICH, ESQ.<br>SURYA SAXENA, ESQ.<br>BRIAN N. TODER, ESQ. |
|---|---|---|
| TRIAL DATE<br>FEBRUARY 3, 2025 | COURT REPORTER<br>RENEE ROGGE | COURTROOM DEPUTY<br>KRISTINE WEGNER |

| EX. # | OFFERED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| | | | **Email Records** |
| D4-0001 | | | August 5, 2020 Email re Sysco Credit Application |
| D4-0002 | | | August 5, 2020 Email Welcome to Sysco |
| D4-0003 | | | August 7, 2020 Email Chain regarding Cereal, Juice and Milk |
| D4-0004 | | | 11/4/2020 Email: Sysco Portfolio for Safari |
| D4-0005 | | | 11/4/2020 Email: Re Sysco Portfolio for Safari |
| D4-0006 | | | 5/26/2021 Email: Your payment has been scheduled-Sysco |
| D4-0007 | | | Various Date Email: Sysco Delivery emails |
| | | | **Minnesota Department of Education Records** |
| D4-0201 | | | Minnesota: COVID-19 Waivers & Flexibilities |

| | | | |
|---|---|---|---|
| D4-0202 | | | MDE Summary of Food and Nutrition Service COVID-19 Waivers |
| D4-0203 | | | Waiver of Area Eligibility in the CACFP At-Risk Afterschool Component |
| D4-0204 | | | Nationwide Waiver of the Activity Requirement in Afterschool Care Child Nutrition Programs |
| D4-0205 | | | For-Profit Locations as Meal Sites in the Summer Food Service Program |
| D4-0206 | | | MDE - Food Service Financial Report |
| D4-0207 | | | MDE - Food Service Financial Report - Minneapolis Special School Dist 1 Report |
| D4-0208 | | | MDE - Food Service Financial Report - Statewide |
| D4-0209 | | | USDA Child Nutrition Response 59 - Waiver to Allow SFSP through 2021 |
| D4-0210 | | | Questions and Answers related to the Child Nutrition Program Monitoring and Reporting Nationwide Waivers |
| | | | |
| | | | |
| | | | Search Warrant Records |
| D4-0301 | | | January 26, 2022 Search Warrant Photographs Safari Restaurant, 3010 4th Avenue South, Minneapolis, MN. |
| | | | |
| | | | Grand Jury Subpoena – Vendor Documents |
| D4-0401 | | | Grand Jury documents produced by Costco records for Cosmopolitan Business Solutions d/b/a Safari Restaurant |
| D4-0402 | | | Grand Jury documents produced by Sysco records for Cosmopolitan Business Solutions LLC d/b/a Safari Restaurant |
| | | | |
| | | | Grand Jury Subpoena - Banking |

| | | | |
|---|---|---|---|
| D4-0501 | | | Cosmopolitan Business Solutions Associated Bank Account ending 2913 |
| D4-0502 | | | Cosmopolitan Business Solutions Associated Bank Account ending 2469 |
| D4-0503 | | | Cosmopolitan Business Solutions Safari Restaurant Bridgewater Bank Enterprise Business Account ending 7392 |
| D4-0504 | | | Cosmopolitan Business Solutions Safari Restaurant Bridgewater Bank Business Money Market Account ending 7400 |
| D4-0505 | | | Cosmopolitan Business Solutions Bell Savings Account ending 7431 |
| D4-0506 | | | Cosmopolitan Business Solutions d/b/a Safari Bell Checking Account ending 2638 |
| D4-0507 | | | Cosmopolitan Business Solutions Wells Fargo Bank Checking Account ending 0600 and Savings Account ending 0181 |
| D4-0508 | | | Cosmopolitan Business Solutions Discovery Bank Account ending 6380 and associated accounts ending 6573, 4998 and 2348 |
| D4-0509 | | | 3017, LLC Associated Bank Checking account ending 5775 |
| D4-0510 | | | 3017, LLC Bridgewater Bank Enterprise Business Account ending 7426 |
| D4-0511 | | | 3017, LLC Bell Bank Account ending 6548 |
| D4-0512 | | | 3017, LLC Wells Fargo Bank Checking Account ending 0436 and Savings Account ending 0215 |
| D4-0513 | | | 3017, LLC Northeast Bank Account Ending 5100 |
| | | | |
| | | | Surveillance Video |
| D4-0601 | | | 12/10/201 to 01/31/2022 Surveillance Video - 3010 4th Avenue South, Minneapolis, MN (erroneously labeled "137 Arlington Avenue E") |
| | | | |
| | | | |

3

|  |  |  | Images, Video, and Media |
|---|---|---|---|
| D4-0701 |  |  | Map of the intersection of East Lake Street and 4th Avenue South, Minneapolis and surrounding area. |
|  |  |  |  |
|  |  |  | Summaries |
| D4-[TBD] |  |  |  |
|  |  |  | *Defendant Abdulkadir Salah reserves the right to supplement, change, and delete exhibits as needed until the conclusion of trial. Defendant Salah reserves and will not disclose any impeachment exhibits until used.* |

Dated: January 15, 2025

**GREENE ESPEL PLLP**

s/ Surya Saxena
Surya Saxena, Reg. No. 0339465
Nicholas Scheiner, Reg. No. 0402470
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
ssaxena@greeneespel.com
nscheiner@greeneespel.com
(612) 373-0830

Attorneys for Defendant Abdulkadir Nur Salah